Genevieve Park Taylor
**SOUND LEGAL LLC**
986 Essex Road, Unit 3
Westbrook, CT 06498
860-245-1555
genevieve@soundlegalct.com
*Attorney for Plaintiffs*
CT20824

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GOODENOUGH, DARREN CUGNO, RICARDO SOTIL, NORMAN PLUDE and WELLS LOGGING LLC<br><br>Plaintiffs,<br>v.<br><br>NED LAMONT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF THE STATE OF CONNECTICUT; WILLIAM TONG, OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CONNECTICUT, PATRICK J. GRIFFIN, IN HIS OFFICIAL CAPACITY AS CHIEF STATE'S ATTORNEY FOR THE STATE OF CONNECTICUT AND BRYAN CAFFERELLI, IN HIS CAPACITY AS COMMISSIONER OF THE DEPARTMENT OF CONSUMER PROTECTION FOR THE STATE OF CONNECTICUT,<br><br>Defendants. | Civil Action No.: _____ |

## **DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Individual Plaintiff Wells Logging LLC respectfully states that no publicly held corporation or parent company owns 10% or more of Wells Logging LLC.

| | |
|---|---|
| Dated   August 26, 2025 | Respectfully submitted, |
| | _____ |
| | GENEVIEVE PARK TAYLOR |
| | SOUND LEGAL LLC |
| | 986 Essex Road Unit 3 |
| | Westbrook, CT 06498 |
| | 860-245-1555 |
| | genevieve@soundlegalct.com |
| | *Attorney for Plaintiffs* |
| | CT20824 |